IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALISON ENDICOTT-QUIÑONES,
Guardian Ad Litem, on behalf of B.R.

    Plaintiff,

v.    Case No. 1:26-cv-00138-KK-JFR

NEW MEXICO CHILDREN,
YOUTH & FAMILY DEPARTMENT,
YOUTH DEVELOPMENT, INC., AND
HOPE HOUSE JOHN DOES 1-10
in their individual capacities,

    Defendants.

## DEFENDANT YOUTH DEVELOPMENT, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Youth Development, Inc. ("Defendant") by and through its undersigned counsel, RIGHI FITCH LAW GROUP, PLLC (Elizabeth S. Fitch and Joseph C. Shelley), and for its Answer to Plaintiff's Complaint ("Complaint"), answer as follows:

### OVERVIEW

1. Answering Paragraph 1 of the Complaint, Answering Defendant denies the allegations contained in paragraph 1 of Plaintiff's Complaint and demands strict proof thereof.

2. Answering Paragraph 2 of the Complaint, Answering Defendant denies the allegations contained in paragraph 2 of Plaintiff's Complaint and demands strict proof thereof.

3. Answering Paragraph 3 of the Complaint, Answering Defendant denies the allegations contained in paragraph 3 of Plaintiff's Complaint and demands strict proof thereof.

### PARTIES, JURISDICTION, AND VENUE

4. Answering Paragraph 4 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in

paragraph 4 of the Complaint and therefore denies the same and demands strict proof thereof.

5.     Answering Paragraph 5 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and therefore denies the same and demands strict proof thereof.

6.     Answering Paragraph 6 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint and therefore denies the same and demands strict proof thereof.

7.     Answering Paragraph 7 of the Complaint, Answering Defendant admits the allegations contained in paragraph 7 of Plaintiff's Complaint.

8.     Answering Paragraph 8 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and therefore denies the same and demands strict proof thereof.

9.     Paragraph 9 calls for a legal conclusion to which no response is required. To the extent that a response is required, Answering Defendant denies the allegations contained in paragraph 9 of the Complaint and demands strict proof thereof.

10.    Paragraph 10 calls for a legal conclusion to which no response is required. To the extent that a response is required, Answering Defendant denies the allegations contained in paragraph 10 of the Complaint and demands strict proof thereof.

**FACTUAL ALLEGATIONS**

11.    Answering Paragraph 11 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and therefore denies the same and demands strict proof thereof.

12.    Answering Paragraph 12 of the Complaint, Answering Defendant is without

sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and therefore denies the same and demands strict proof thereof.

13. Answering Paragraph 13 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint and therefore denies the same and demands strict proof thereof.

14. Answering Paragraph 14 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and therefore denies the same and demands strict proof thereof.

15. Answering Paragraph 15 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and therefore denies the same and demands strict proof thereof.

16. Answering Paragraph 16 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and therefore denies the same and demands strict proof thereof.

17. Answering Paragraph 17 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and therefore denies the same and demands strict proof thereof.

18. Answering Paragraph 18 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and therefore denies the same and demands strict proof thereof.

19. Answering Paragraph 19 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and therefore denies the same and demands strict proof thereof.

20. Answering Paragraph 20 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and therefore denies the same and demands strict proof thereof.

21. Answering Paragraph 21 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and therefore denies the same and demands strict proof thereof.

22. Answering Paragraph 22 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and therefore denies the same and demands strict proof thereof.

23. Answering Paragraph 23 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint and therefore denies the same and demands strict proof thereof.

24. Answering Paragraph 24 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint and therefore denies the same and demands strict proof thereof.

25. Answering Paragraph 25 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint and therefore denies the same and demands strict proof thereof.

26. Answering Paragraph 26 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint and therefore denies the same and demands strict proof thereof.

27. Answering Paragraph 27 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in

paragraph 27 of the Complaint and therefore denies the same and demands strict proof thereof.

28. Answering Paragraph 28 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint and therefore denies the same and demands strict proof thereof.

29. Answering Paragraph 29 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint and therefore denies the same and demands strict proof thereof.

30. Answering Paragraph 30 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and therefore denies the same and demands strict proof thereof.

31. Answering Paragraph 31 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint and therefore denies the same and demands strict proof thereof.

32. Answering Paragraph 32 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and therefore denies the same and demands strict proof thereof.

33. Answering Paragraph 33 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint and therefore denies the same and demands strict proof thereof.

34. Answering Paragraph 34 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint and therefore denies the same and demands strict proof thereof.

35. Answering Paragraph 35 of the Complaint, Answering Defendant is without

sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint and therefore denies the same and demands strict proof thereof.

36. Answering Paragraph 36 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint and therefore denies the same and demands strict proof thereof.

37. Answering Paragraph 37 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint and therefore denies the same and demands strict proof thereof.

38. Answering Paragraph 38 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint and therefore denies the same and demands strict proof thereof.

39. Answering Paragraph 39 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint and therefore denies the same and demands strict proof thereof.

40. Answering Paragraph 40 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint and therefore denies the same and demands strict proof thereof.

41. Answering Paragraph 41 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint and therefore denies the same and demands strict proof thereof.

42. Answering Paragraph 42 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint and therefore denies the same and demands strict proof thereof.

43. Answering Paragraph 43 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint and therefore denies the same and demands strict proof thereof.

44. Answering Paragraph 44 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint and therefore denies the same and demands strict proof thereof.

45. Answering Paragraph 45 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint and therefore denies the same and demands strict proof thereof.

46. Answering Paragraph 46 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint and therefore denies the same and demands strict proof thereof.

47. Answering Paragraph 47 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint and therefore denies the same and demands strict proof thereof.

48. Answering Paragraph 48 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint and therefore denies the same and demands strict proof thereof.

49. Answering Paragraph 49 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and therefore denies the same and demands strict proof thereof.

50. Answering Paragraph 50 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in

paragraph 50 of the Complaint and therefore denies the same and demands strict proof thereof.

51. Answering Paragraph 51 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint and therefore denies the same and demands strict proof thereof.

52. Answering Paragraph 52 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint and therefore denies the same and demands strict proof thereof.

53. Answering Paragraph 53 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint and therefore denies the same and demands strict proof thereof.

54. Answering Paragraph 54 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint and therefore denies the same and demands strict proof thereof.

55. Answering Paragraph 55 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint and therefore denies the same and demands strict proof thereof.

56. Answering Paragraph 56 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint and therefore denies the same and demands strict proof thereof.

57. Answering Paragraph 57 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint and therefore denies the same and demands strict proof thereof.

58. Answering Paragraph 58 of the Complaint, Answering Defendant is without

sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint and therefore denies the same and demands strict proof thereof.

59. Answering Paragraph 59 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 59 of the Complaint and therefore denies the same and demands strict proof thereof.

60. Answering Paragraph 60 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint and therefore denies the same and demands strict proof thereof.

## FIRST CAUSE OF ACTION
### Violation of the Fourteenth Amendment – Special Relationship
### 42 U.S.C. § 1983
### (Against the HOPE House Does, in their individual and official capacities)

61. Answering Paragraph 61 of the Complaint, Answering Defendant reincorporates all previous response paragraphs as if set forth fully herein.

62. Paragraph 62 calls for a legal conclusion to which no response is required. To the extent that a response is required, Answering Defendant denies the allegations contained in paragraph 62 of the Complaint and demands strict proof thereof.

63. Paragraph 63 calls for a legal conclusion to which no response is required. To the extent that a response is required, Answering Defendant denies the allegations contained in paragraph 63 of the Complaint and demands strict proof thereof.

64. Paragraph 64 calls for a legal conclusion to which no response is required. To the extent that a response is required, Answering Defendant denies the allegations contained in paragraph 64 of the Complaint and demands strict proof thereof.

65. Paragraph 65 calls for a legal conclusion to which no response is required. To the extent that a response is required, Answering Defendant denies the allegations contained in

paragraph 65 of the Complaint and demands strict proof thereof.

66. Paragraph 66 calls for a legal conclusion to which no response is required. To the extent that a response is required, Answering Defendant denies the allegations contained in paragraph 66 of the Complaint and demands strict proof thereof.

67. Answering Paragraph 67 of the Complaint, Answering Defendant denies the allegations contained in paragraph 67 of Plaintiff's Complaint and demands strict proof thereof.

68. Answering Paragraph 68 of the Complaint, Answering Defendant denies the allegations contained in paragraph 68 of Plaintiff's Complaint and demands strict proof thereof.

69. Answering Paragraph 69 of the Complaint, Answering Defendant denies the allegations contained in paragraph 69 of Plaintiff's Complaint and demands strict proof thereof.

70. Answering Paragraph 70 of the Complaint, Answering Defendant denies the allegations contained in paragraph 70 of Plaintiff's Complaint and demands strict proof thereof.

71. Answering Paragraph 71 of the Complaint, Answering Defendant denies the allegations contained in paragraph 71 of Plaintiff's Complaint and demands strict proof thereof.

72. Answering Paragraph 72 of the Complaint, Answering Defendant denies the allegations contained in paragraph 72 of Plaintiff's Complaint and demands strict proof thereof.

73. Answering Paragraph 73 of the Complaint, Answering Defendant denies the allegations contained in paragraph 73 of Plaintiff's Complaint and demands strict proof thereof.

74. Answering Paragraph 74 of the Complaint, Answering Defendant denies the allegations contained in paragraph 74 of Plaintiff's Complaint and demands strict proof thereof.

75. Answering Paragraph 75 of the Complaint, Answering Defendant denies the allegations contained in paragraph 75 of Plaintiff's Complaint and demands strict proof thereof.

## SECOND CAUSE OF ACTION
### New Mexico Tort Claim Act
### NMSA 1978, § 41-4-1 et seq.
### (Against CYFD and HOPE House Does)

76. Answering Paragraph 76 of the Complaint, Answering Defendant reincorporates all previous response paragraphs as if set forth fully herein.

77. Answering Paragraph 77 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint and therefore denies the same and demands strict proof thereof.

78. Answering Paragraph 78 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint and therefore denies the same and demands strict proof thereof.

79. Answering Paragraph 79 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint and therefore denies the same and demands strict proof thereof.

80. Answering Paragraph 80 of the Complaint, Answering Defendant denies the allegations contained in paragraph 80 of Plaintiff's Complaint and demands strict proof thereof.

81. Answering Paragraph 81 of the Complaint, Answering Defendant denies the allegations contained in paragraph 81 of Plaintiff's Complaint and demands strict proof thereof.

82. Answering Paragraph 82 of the Complaint, Answering Defendant denies the allegations contained in paragraph 82 of Plaintiff's Complaint and demands strict proof thereof.

83. Answering Paragraph 83 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 83 of the Complaint and therefore denies the same and demands strict proof thereof.

84. Answering Paragraph 84 of the Complaint, Answering Defendant denies the

allegations contained in paragraph 84 of Plaintiff's Complaint and demands strict proof thereof.

### THIRD CAUSE OF ACTION
### New Mexico Civil Rights Act
### NMSA 1978, § 41-4A-3
### (Against CYFD)

85. Answering Paragraph 85 of the Complaint, Answering Defendant reincorporates all previous response paragraphs as if set forth fully herein.

86. Paragraph 86 calls for a legal conclusion to which no response is required. To the extent that a response is required, Answering Defendant denies the allegations contained in paragraph 86 of the Complaint and demands strict proof thereof.

87. Answering Paragraph 87 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint and therefore denies the same and demands strict proof thereof.

88. Answering Paragraph 88 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint and therefore denies the same and demands strict proof thereof.

89. Answering Paragraph 89 of the Complaint, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 89 of the Complaint and therefore denies the same and demands strict proof thereof.

### FOURTH CAUSE OF ACTION
### Negligence
### (Against YDI)

90. Answering Paragraph 90 of the Complaint, Answering Defendant reincorporates all previous response paragraphs as if set forth fully herein.

91. Paragraph 91 calls for a legal conclusion to which no response is required. To the extent that a response is required, Answering Defendant denies the allegations contained in

paragraph 91 of the Complaint and demands strict proof thereof.

92. Answering Paragraph 92 of the Complaint, Answering Defendant denies the allegations contained in paragraph 92 of Plaintiff's Complaint and demands strict proof thereof.

93. Answering Paragraph 93 of the Complaint, Answering Defendant denies the allegations contained in paragraph 93 of Plaintiff's Complaint and demands strict proof thereof.

## JURY DEMAND

94. Defendant Youth Development, Inc., hereby requests a jury trial by a twelve (12) member jury pursuant to FRCP 38.

## AFFIRMATIVE DEFENSES

Specifically denying any liability to Plaintiff, Answering Defendant raises the following separate and independent affirmative defenses to each allegation and claim for relief contained in the Complaint:

### *First Affirmative Defense*

1. The Complaint or portions thereof fail to state a claim upon which relief can be granted.

### *Second Affirmative Defense*

2. Upon information and belief, Plaintiff's claims against Answering Defendant are barred, in whole or in part, by the applicable statutes of limitations.

### *Third Affirmative Defense*

3. Plaintiff's alleged damages are limited to the extent Plaintiff has failed to mitigate his damages.

### *Fourth Affirmative Defense*

4. Plaintiff's claims are barred to the extent they resulted in whole or in part from the

negligence or other fault of Plaintiff or of third parties for whose conduct Answering Defendant is in no way liable or responsible, and any recovery must be reduced by the percentage of fault of the Plaintiff or others pursuant to the New Mexico Doctrine of Comparative Fault.

### *Fifth Affirmative Defense*

5.      If liability is assessed in any respect, which Answering Defendant expressly denies, then the fault of all parties, joined and not joined, including that of Plaintiff, must be apportioned among all persons and entities in proportion to the respective fault of each.

### *Sixth Affirmative Defense*

6.      As a separate and alternative affirmative defense, these Defendant states that punitive damages are improper and an award of punitive damages would amount to excessive punishment in violation of due process of law and in violation of the Constitution of the United States and of the common law.

### *Seventh Affirmative Defense*

7.      Answering Defendant reserves its right to assert additional defenses not included herein as additional information gained through discovery in this matter may warrant.

### *Eighth Affirmative Defense*

8.      Answering Defendant has not yet had the opportunity to conduct any discovery in this matter, and so as not to waive any other applicable affirmative defenses set forth in Rule 1-008(C) NMRA, and Rule 1-012(B) NMRA, which may be shown to apply by future discovery in this matter, all defenses set forth in these rules are incorporated herein by this reference.

**WHEREFORE**, Defendant Youth Development, Inc., having answered Plaintiff's Complaint in its entirety, Defendant prays that Plaintiff takes nothing and that Plaintiff's Complaint be dismissed, with prejudice, for Defendant's costs in defending this action, and for such other relief

as the Court deems just and proper.

        Respectfully submitted

        **RIGHI FITCH LAW GROUP, P.L.L.C.**

        By: */s/ Joseph C. Shelley*
            Elizabeth S. Fitch
            Joseph C. Shelley
            6100 Uptown Blvd NE, Suite 530
            Albuquerque, NM 87110
            (602) 385-6776
            beth@righilaw.com
            jshelley@righilaw.com
            *Attorneys for Defendant Youth Development, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of February, 2026, the foregoing was electronically filed through the Court's CM/ECF system, which caused the parties and/or counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

By: */s/ Joseph C. Shelley*
      Joseph C. Shelley